## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00089-RPM

Donley Watkins, Jr.,
Carol Watkins

      Plaintiffs,

v.

Christina Ann Landeryou,
Law Offices of Daniel A. Gregory, P.C. d/b/a Gregory, Golden & Landeryou,
Gregory, Golden & Landeryou, LLC

      Defendants.

_____

### ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER coming before the Court upon the parties' Stipulation for Dismissal with Prejudice, and the Court being fully informed in the premises

DOES HEREBY ORDER that this action and all claims therein are dismissed with prejudice. The parties shall bear their own costs and attorney fees.

Dated this 4th day of March, 2014.

      **BY THE COURT:**

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior District Judge